UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DANIEL PENDOCK and
HEATHER PENDOCK,

    Debtors.
_____/

HG 08-11449
Chapter 13
Hon. Jeffrey R. Hughes

HEATHER PENDOCK,

    Plaintiff,

v.

Adv. Pro No. 09-80228

ABFC 2004-0PT 5 TRUST,
ABFC ASSET- BACKED
    CERTIFICATES,
    SERIES 2004-OPT5,

and

AMERICAN HOME MORTGAGE SERVICING, INC.
As Mortgage Loan Servicer,

    Defendants.
_____/

**ORDER EXTENDING TIME FOR DEFENDANTS
ABFC 2004-0PT 5 TRUST, ABFC ASSET-BACKED
CERTIFICATES, SERIES 2004-OPT5 AND AMERICAN
HOME MORTGAGE SERVICING, INC. TO RESPOND
TO PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS
FOR PRODUCTION OF DOCUMENTS AND REQUESTS
FOR ADMISSIONS**

The parties having stipulated and agreed to the form and entry of this Order and the Court being duly advised in the premises;

IT IS ORDERED that Defendants ABFC 2004-0pt 5 Trust, ABFC Asset Backed Certificates, Series 2004-OPT5 and American Home Mortgage Servicing, Inc. shall have until January 25, 2010 to answer or otherwise respond to Plaintiffs' First Interrogatories, Requests for Production of Documents and Requests for Admissions in the above-captioned matter.

**END OF ORDER**

Signed: January 05, 2010

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge