UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DANIEL PENDOCK and
HEATHER PENDOCK,

    Debtors.
_____/

HG 08-11449
Chapter 13
Hon. Jeffrey R. Hughes

HEATHER PENDOCK,

    Plaintiff,

v.

Adv. Pro No. 09-80228

ABFC 2004-OPT 5 TRUST,
ABFC ASSET- BACKED
    CERTIFICATES,
      SERIES 2004-OPT5,

and

AMERICAN HOME MORTGAGE SERVICING, INC.
As Mortgage Loan Servicer,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR DISCOVERY

The parties, by and through their respective attorneys, hereby stipulate that all discovery

in this adversary proceeding, including that related to expert witnesses, shall be completed by April 16, 2010.

_____
Hon. Jeffrey R. Hughes
U.S. Bankruptcy Court Judge

**Page 2 of 2**

### END OF ORDER

*The court acknowledges the parties' agreement*

917425 v1/13482.0001



Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

**Dated: March 04, 2010**